AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bush, John K. | 6th Circuit | 03/01/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge, Active Status | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>**5b.** ✔ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

208 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, KY 40202

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 03/01/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Brandeis School of Law, University of Louisville, teaching income | $2,040.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Landrum & Shouse LLP |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | 01/22/19 | Washington, DC | Speaker | transportation, food |
| 2. | The George Washington University Law Scho9ol | 01/22/19 - 01/25/19 | Washington, DC | Judge of Moot Court | transportation, lodging, food |
| 3. | J. Reuben Clark Law School, BYU | 02/05/19 - 02/08/19 | Provo, UT | Seminar Attendee | transportation, lodging, food |
| 4. | Federalist Society | 02/19/19 | Lexington, KY | Speaker | transportation, food |
| 5. | Federalist Society | 02/27/19 - 03/01/19 | Charlottesville, VA | Speaker | transportation, lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bush, John K.** | 03/01/2021 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Elizabeth Haub School of Law & at Pace University | 02/22/19 - 02/23/19 | White Plains, NY | Judge of National Environmenntal Law Moot Court | transportation, lodging, food |
| 7. | Federalist Society | 03/28/19 - 03/29/19 | Omaha, NE | Speaker | transportation, lodging, food |
| 8. | Federalist Society | 03/29/119 - 03/31/19 | Cambridge, MA | Speaker | transportation, lodging, food |
| 9. | Federalist Society | 04/05/19 - 04/07/19 | Cambridge, MA | Speaker | transportation, lodging, food |
| 10. | Federalist Society | 04/09/19 - 04/10/19 | Chicago, IL | Speaker | transportation, lodging, food |
| 11. | Global Antitrust Institute | 05/25/19 - 06/01/19 | Lisbon, Portugal | Seminar Attendee | transportation, lodging, food |
| 12. | Federalist Society | 08/27/19 | Highland Heights, KY | Speaker | tansporation, food |
| 13. | Federalist Society | 09/04/19 - 09/05/19 | Charlottesville, VA | Speaker | transportation, lodging, food |
| 14. | Georgetown University Law Center | 09/20/19 - 09/21/19 | Washington, DC | Seminar Attendee | transportaiton, lodging, food |
| 15. | WVU College of Law | 09/24/19 - 09/27/19 | Morgantown, WV | Speaker | transportation, lodging, food |
| 16. | James Wilson Institute | 11/01/19 - 11/03/19 | Washington, DC | Seminar Attendee | transportation, lodging, food |
| 17. | Federalist Society | 11/14/19 - 11/15/19 | Philadelphia, PA | Speaker | transportation, lodging, food |
| 18. | Federalist Society | 11/15/19 | Washington, DC | Convention Attendee | food |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 03/01/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Fifth Third Bank | Line of Credit | K |
| 2. Navient | Student Loans | L |
| 3. University of Louisville | Tuition Agreement | J |
| 4. Capital One | Credit Card | J |
| 5. Synchrony Bank | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. --Vanguard Explorer Fund | A | Int./Div. | J | T | | | | | |
| 3. --Wellington Fund Investment | A | Int./Div. | K | T | | | | | |
| 4. --Vanguard Total Bond Market Index Fund | A | Int./Div. | J | T | | | | | |
| 5. --Windsor Fund Amiliral | A | Int./Div. | L | T | | | | | |
| 6. IRA #2 | | | | | | | | | |
| 7. --Federated Kaufman Fund | A | Dividend | J | T | | | | | |
| 8. IRA #3 | | | | | | | | | |
| 9. --Allergen PLC Stock | A | Dividend | J | T | | | | | |
| 10. --Alphabet Stock | | None | K | T | | | | | |
| 11. --Apple Inc. Stock | A | Dividend | K | T | | | | | |
| 12. --Berkshire Hathaway Series B Stock | | None | J | T | | | | | |
| 13. --CarMax Inc.Stock | | None | J | T | Buy | 02/01/19 | J | | |
| 14. --Cisco Systems Inc. Stock | A | Dividend | J | T | | | | | |
| 15. --CVS Health Corp. Stock | A | Dividend | | | Sold | 04/02/19 | J | A | |
| 16. --Expeditors Int'l Washington Stock | A | Dividend | J | T | | | | | |
| 17. --Fastenal Co. Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  --Harley Davidson Stock | A | Dividend | J | T | | | | | |
| 19.  --Home Depot Stock | A | Dividend | K | T | | | | | |
| 20.  --IBM Stock | A | Dividend | | | Sold | 03/29/19 | J | A | |
| 21.  --Johnson & Johnson Stock | A | Dividend | J | T | | | | | |
| 22.  --JP Morgan Chase & Co. Stock | A | Dividend | K | T | Buy | 03/29/19 | J | A | |
| 23.  --Microsoft Corp. Stock | A | Dividend | K | T | | | | | |
| 24.  --Northern Trust Corp. Stock | A | Dividend | J | T | | | | | |
| 25.  --Omnicom Group Stock | A | Dividend | J | T | | | | | |
| 26.  --O'Reilly Automotive Inc. Stock | | None | J | T | Sold<br>(part) | 01/30/19 | J | A | |
| 27.  --Pfizer Int'l Stock | A | Dividend | J | T | Sold<br>(part) | 06/04/19 | K | A | |
| 28.  --Progressive Corp OH Stock | A | Dividend | J | T | Sold<br>(part) | 06/04/19 | J | A | |
| 29.  --TE Connectivity Ltd. Stock | A | Dividend | J | T | | | | | |
| 30.  --TJX Cos. Inc. Stock | A | Dividend | J | T | | | | | |
| 31.  --Union Pacific Corp. Stock | A | Dividend | J | T | | | | | |
| 32.  --US Bancorp DE Stock | A | Dividend | J | T | | | | | |
| 33.  --Walt Disney Co. Stock | A | Dividend | K | T | | | | | |
| 34.  --Wells Fargo & Co, Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  --Alphabet Inc. Sr. Unsecured Bonds | A | Interest | K | T | | | | | |
| 36.  --Apple, Inc. Sr. Unsecured Bonds | A | Interest | K | T | | | | | |
| 37.  --AT&T Inc. Sr. Unsecured Bonds | | None | | | Sold | 01/02/19 | J | A | |
| 38.  --Berkshire Hathaway Inc. Sr. Unsecured Bonds | A | Interest | K | T | | | | | |
| 39.  --CVS Caremark Corp. Sr. Unsecured Callable Bonds | | None | | | Sold | 01/02/19 | J | A | |
| 40.  --Federal Home Loan Bank Callable Bonds | | None | | | Sold (part) | 04/02/19 | J | A | |
| 41.  --Federal Home Loan Bank Callable Bonds | A | Interest | | | Sold (part) | 09/27/19 | K | A | |
| 42.  --Home Depot Inc. Sr. Unsecured Callable Bonds | A | Interest | K | T | | | | | |
| 43.  --John Deere Capital Corp. Medium Term Note Bonds | | None | | | Sold | 02/27/19 | J | A | |
| 44.  --JPMorgan Chase & Co. Unsecured Callable Bonds | A | Interest | K | T | | | | | |
| 45.  --Microsoft Corp. Senior Note Bonds | A | Interest | K | T | | | | | |
| 46.  --Northern Trust Corp. Senior Unsecured Bonds | A | Interest | K | T | | | | | |
| 47.  --O'Reilly Automotive Inc. Sr. Unsecured Note Bonds | A | Interest | K | T | | | | | |
| 48.  --Pfizer Inc. Sr. Unsecured Bonds | A | Interest | K | T | | | | | |
| 49.  --TJX Cos. Inc. Sr. Unsecured Callable Bonds | A | Interest | K | T | | | | | |
| 50.  --Union Pacific Corp. Sr. Unsecured Bonds | | None | | | Sold | 01/02/19 | J | A | |
| 51.  --US Bancorp Medium Term Note Bonds | A | Interest | J | T | Sold (part) | 06/04/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. --Artison Int'l Fund | A | Int./Div. | K | T | Sold<br>(part) | 02/27/19 | J | A | |
| 53. --Janus Henderson Funds Small Cap Value Fund | A | Int./Div. | K | T | Sold<br>(part) | 02/27/19 | J | A | |
| 54. --Oakmark Int'l Fund Advisor | A | Int./Div. | K | T | Sold<br>(part) | 02/27/19 | J | A | |
| 55. --Virtus Vontobel Emerging Mkts | A | Int./Div. | L | T | Sold<br>(part) | 02/27/19 | J | A | |
| 56. Massachusetts Mutual (whole life) | A | Dividend | J | T | | | | | |
| 57. Northwestern Mutual (whole life) | A | Dividend | J | T | | | | | |
| 58. Fifth Third Bank | A | Interest | J | T | | | | | |
| 59. Commonwealth Bank & Trust | A | Interest | J | T | | | | | |
| 60. PNC Bank | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 03/01/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ John K. Bush**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544